===========================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__          DISTRICT OF          __NEW YORK__

## JUDGMENT IN A CIVIL CASE

DOCKET NO.     6:04cv163 (DRH)

**JEAN GENIER,**

    **Plaintiff(s),**

  v.

**MICHAEL J. ASTRUE,**

    **Defendant(s),**

___    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the MEMORANDUM-DECISION & ORDER signed by Judge David R. Homer on 3/27/07, the decision denying disability benefits is affirmed, the motion by Genier for finding of disability is denied and the Commissioner's cross-motion is granted.

DATE: March 27, 2007

Clerk of Court

By: s/WILLIAM J. GRIFFIN
  DEPUTY CLERK